IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00048-F-1
No. 5:15-CR-00048-F-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARTIN ACOSTA, | ) | |
| NOE BARREIRO, | ) | |
| Defendants. | ) | |

This matter is before the court on the Government's Motion in Limine to Except Two Additional Case Agents from Rule 615 Trial Sequestration [DE-134]. The Government designates IRS Special Agent Tom Beers and requests that the court except two additional case agents from the Rule 615 sequestration during the trial of this matter. *Id.* at 1-2. The Government represents that Agent Beers, DEA Task Force Officer Medlin, and ATF Task Force Officer Perry each led portions of the large-scale investigations that resulted in the charges in this case. *Id.* at 3.

The court believes that the presence of the two additional cases agents is essential for the Government to present this complex case in the most expeditious and efficient manner possible. Consequently, the Government's Motion in Limine to Except Two Additional Case Agents from Rule 615 Trial Sequestration [DE-134] is ALLOWED.

SO ORDERED.

This, the 28 day of July, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge