IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |
|---|---|
| NO. | 5:15-cr-00048-F-1 |
| NO. | 5:15-cr-00048-F-3 |
| NO. | 5:15-cr-00048-F-4 |
| NO. | 5:15-cr-00048-F-5 |

UNITED STATES OF AMERICA         :
                                 :
          v.                     :
                                 :
MARTIN ACOSTA                    :
NOE BARREIRO                     :
ERIC ACOSTA FLORES               :
DANA BOYLAN                      :

### ORDER AND JUDGMENT OF FORFEITURE

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendants listed above pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853, as proceeds of the unlawful activity of the defendant as charged in the Criminal Indictment.

The defendants pled guilty to certain counts of the Criminal Indictment and agreed to forfeit the property listed in the Criminal Indictment.

By virtue of the defendant's guilty pleas and agreement, the United States is now entitled to the defendant's interest in the specific property listed in the Indictment, including

$2,000,000.00 currency in gross proceeds, pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. Based upon the defendants' guilty pleas and agreement, the personal property listed in the Indictment, as well as $2,000,000.00 currency in gross proceeds, is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendants but not in the possession of or its whereabouts known to the Government, JUDGMENT is hereby entered against the defendants for the amount forfeitable, specifically, $2,000,000.00 currency, an amount for which they shall be jointly and severally liable, and provided that the net proceeds of the sale of the specific items of forfeited property shall be credited against this amount.

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the

applicable section of the Judgments, as required by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendants at their sentencing.

SO ORDERED. This  24  day of January, 2017.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge